COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-15-00393-CR

Style:  Christopher Ernest Braughton v. The State of Texas

Date motion filed[*]:  August 17, 2015

Type of motion:  Motion to Substitute Counsel

Party filing motion:  Appellant's new counsel Niles Illich

Document to be filed:  N/A

Is appeal accelerated?  No.

Ordered that motion is:

☑ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

The motion to substitute counsel is **granted**, but construed as a notice of appearance as lead counsel, and the Clerk of this Court is directed to note Niles Illich as lead counsel for appellant. *See* TEX. R. APP. P. 6.1(a), 6.2, 6.5(d). If counsel Robert Sirianni requests withdrawal, he must file a motion that complies with Rule 6.5(d). Mr. Sirianni's objection is overruled as moot.

Judge's signature: /s/ Evelyn V. Keyes
                 ☒ Acting individually

Date:  August 27, 2015